| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. | R | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 88 02663 | 1 | 07 22 88 | 3 | 550 | | | | | | 39035 | F | 88 C2663 |

C88-2663

| CAUSE: | PLAINTIFFS | DEFENDANTS |
|---|---|---|
| | RAINES, Gerald L. | (1) DeFRANCO, Ralph T. |
| | | (2) MARINO, Carmen |
| | | (3) PATTON, Timothy |

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C. §1981, 1983, 1982, 1985(3), 1986 - Civil Rights.

Pro se
No. 171-058
Lebanon Correctional Institution
P. O. Box 56
Lebanon, Ohio   45036

**ATTORNEYS**   (390024299)
(1) Ralph T. DeFranco  (216) 696-4600
    730 Leader Bldg.
    E. 6th & Superior Ave.
    Cleveland, Ohio   44114
         (390020311)
(2) Jeffrey I. Sherwin  (216) 443-7796
    Steven J. Celebrezze  (216) 443-7849
    Asst Prosecuting Atty    (390025321)
    Courts Tower, Justice Center
    1200 Ontario St.
    Cleveland, OHio   44113
         (390022545)
(3) Robert E. Kmiecik  (216) 664-2893
    Assistant Director of Law
    Room 106 - City Hall
    601 Lakeside Ave.
    Cleveland, Ohio   44114

Cuyahoga - #3

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| ✓ | 7-22-88 | | | JS-5 | 7/31/88 |
| | | | | JS-6 | NOV 30 198? |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/87)

| DATE | NR. | | PROCEEDINGS | |
|---|---|---|---|---|
| 7/22/88 | 1 | (3) | APPLICATION of pltf to proceed in forma pauperis. (3 p) | (J/ |
| 7/22/88 | 2 | | DECLARATION of pltf in support of req to proceed in forma pauperis. (2 p) | (J/ |
| 7/28/88 | 3 | (1) | MARGINAL Ent Ord granting applic of pltf to proceed in forma pauperis. Aldrich, J. Issd. (1 p) (EOD 7/29/88) | (JAM |
| 7/29/88 | 4 | | COMPLAINT. Summ, Complt issd to U.S.Marshal on 7/29/88. (15 p) | (J/ |
| 8/15/88 | 5 | | ANSWER of deft Ralph T. DeFranco. c/m 8/15/88. (5 p) | (JA |
| 8/16/88 | 6 | | SUMMONS Retn. Srv Ralph J. Defranco by cert mail on 8/3/88; Carmen Mario srv by cert mail addressed to Cuy Co. Prosecutors Office on 8/3/88; Timothy Patton srv by cert mail addressed to Homacide Unit CPD on 8/3/88. Fees $9.00. (3 p) | (JA |
| 8/24/88 | 7 | (19) | MOTION of pltf for leave to file an amd complt w/memo in supp. c/m 8/22/88. (3 p) (Amended Complt attached) | (JA |
| 8/24/88 | 8 | | ANSWER of deft Carmen Marino. c/m 8/24/88. (5 p) | (JA |
| 8/25/88 | 9 | | NOTICE of status call. Aldrich, J. Issd. (2 p) (EOD 8/25/88) | (JAM |
| 8/25/88 | 10 | | ANSWER of deft Timothy Patton. JURY DEMAND. c/m 8/25/88. (6 p) | (JA |
| 8/26/88 | 11 | | NOTICE that that status call at 4:30 p.m. on 9/22/88 has been cancelled. Issd. (1 p) | (JA |
| 8/26/88 | 12 | | ORDER returning action to Clerk's Office for reassignment by random draw. Aldrich, J. (Reassigned to Judge Krenzler) Issd. (1 p)(EOD 8/26/88) | (J |
| 8/29/88 | 13 | (21) | MOTION of pltf for leave to file mot for appt of counsel. c/m 8/26/88. (1 p) (Mot for appt attached) | (JA |
| 8/30/88 | 14 | | STANDARD ORDER re: Preparation for Tr-Revised & effec 8/1/87. Krenzler, J. issd: 8/30/88 (51p) EOD: 8/30/88 | (VD) |
| 9/9/88 | 15 | | ANSWER of deft. Ralph T. DeFranco to amd complt. c/m 9/7/88 (3p) | (VD) |
| 9/21/88 | 16 | | LETTER of pltf re: status of case. (1p) | (VD) |
| 10/4/88 | 17 | | MOTION of pltf to tsfr facility. (4p) | (VD) |
| 11/4/88 * | 18 | (22) | MOTION of petr for lv to file notice of perjury and interference to the Court. cm 10/27/88 (8p) | (VD) |
| 11/15/88 | 19 | (7) | MARGINAL entry order granting lv to file amd complt. Krenzler, J. issd: 11/15/88 (EOD: 11/15/88) | (VD |
| 11/15/88 | 20 | | AMENDED complt. | (VD |
| 11/30/88 | 21 | (13) | MARGINAL entry order-Mot. overruled as moot for appt of counsel of pltf. Krenzler, J. Issd 11/30/88. EOD: 12/2/88. (1 p) pel | |
| 11/4/88 | 22 | (18) | MARGINAL entry order-Mot. overruled as moot for leave to file notice of perj & interferrence to the court of pltf. Krenzler, J. Issd 11/30/88. EOD: 12/2/88. (1 p) pel | |
| * 10/17/88 | 23 | (24) | MOTION of pltf for leave to file mot for federal protection & emergency noti to court w/memo & affvt in supp. (5 p) pel | |
| 11/30/88 | 24 | (23) | MARGINAL entry order- Mot overruled as moot of pltf for leave to file mot fo federal protection & emergency notice to the court. Issd 11/30/88. EOD: 11/30/88. (5 p) pel | |
| 11/30/88 | 25 | | MEMORANDUM of Opinion Re: dism, <u>sua sponte</u>, dism pltf's complt w/prej, purs to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which reli may be granted. Krenzler, J. Issd. 11/30/88. EOD: 12/2/88. (7 p) pel | |
| 11/30/88 | 26 | | ORDER of dism. Memo of Opinion Re: Dism, hereby dism pltf's complt, w/prej. Krenzler, J. Issd 11/30/88. EOD: 12/2/88. (1 p) pel | |
| 12/8/88 | 27 | | NOTICE of appeal by pltf, re: 12/5/88. (1p) (EOD 12/8/88) cas | |
| 12/28/88 | | | ACKNOWLEDGMENT of recpt of transmission form in USCA. (Recd 12/12/88, Filed 12/19/88; USCA #88-4150) cas | |
| 12/28/88 | | | TRANSCRIPT order form. (nn) cas | |
| 2/3/89 | | | CERTIFIED orig pldg. mailed to USCA. cas | |

DC 111A
(Rev. 1/75)

JUDGE KRENZLER

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1:88CV2663 |
|---|---|---|
| RAINES, Gerald | DEFRANCO, Ralph et al | PAGE ___ OF ___ PA |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/16/89 | | **ACKNOWLEDGMENT** of recpt of record in USCA. (Recd 2/6/89, Filed 2/7/89) c |
| 6/22/89 | 28 | **TRUE** copy of ord from USCA that the judg of the USDC is vacated & the ca is remanded for further consideration. Green, Clerk. Filed in USCA 5/22/89. Before: Martin, boggs & Contie, circuit Judges. ISSUED AS MANDATE: 6/15/89; COSTS: None (Record Returned) (3 p) EOD 6/22/89 CAS |
| 7/27/89 | 29 (30) | **MOTION** of pltf Raines for voluntary dismissal of complt. c/m 5/28/89, EOD 7/27/89 ee |
| 7/27/89 | 30 (29) | **MARGINAL Ent Ord** granting mot of pltf to dism complt. KRENZLER, J. Iss 7/27/89, EOD 7/28/89 ee |